No. 98-9768. GARDINER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98-9769. FOGARTY *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 98-9770. FABIANO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98-9771. DURON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98-9772. HATHCOCK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98-9773. GIBSON *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 98-9774. GARCIA *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 98-9775. GREEN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98-9776. GOUGH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98-9777. FRANKLIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98-9778. HICKS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98-9779. PEEPLES *v.* OHIO. Ct. App. Ohio, Pickaway County. Certiorari denied.

No. 98-9780. FELLOWS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98-9781. ESQUIVEL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98-9782. GRAY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98-9783. FUNTANILLA *v.* CAMBRA, WARDEN. C. A. 9th Cir. Certiorari denied.